```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 00647
    JANICE R ROCKETT
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-0781


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 01/10/2005 and was confirmed 04/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 01/24/2008.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
WELLS FARGO MORTGAGE      CURRENT MORTG        .00              .00             .00
WELLS FARGO MORTGAGE      MORTGAGE ARRE   17259.80              .00        17259.80
WASHINGTON MUTUAL         NOTICE ONLY     NOT FILED             .00             .00
AMERICASH LOANS LLC       FILED LATE        1420.17             .00             .00
BANK ONE                  UNSECURED       NOT FILED             .00             .00
CAPITAL ONE BANK          UNSECURED       NOT FILED             .00             .00
CENTURY LIQUIDATION INC   UNSECURED         974.24              .00             .00
COMMONWEALTH EDISON       UNSECURED        1932.32              .00             .00
DIRECT MERCHANTS BANK     UNSECURED       NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  PRIORITY        16443.91              .00             .00
NICOR GAS                 UNSECURED        1237.58              .00             .00
ROBERT J ADAMS & ASSOC    UNSECURED       NOT FILED             .00             .00
TRIAD FINANCIAL CORP      UNSECURED        6740.62              .00             .00
WOMENS WORKOUT WORLD      UNSECURED       NOT FILED             .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        5250.72              .00             .00
JOSEPH WROBEL             DEBTOR ATTY      2,394.00                         2,394.00
TOM VAUGHN                TRUSTEE                                           1,176.20
DEBTOR REFUND             REFUND                                                .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              20,830.00

PRIORITY                                         .00
SECURED                                    17,259.80
UNSECURED                                        .00
ADMINISTRATIVE                              2,394.00
TRUSTEE COMPENSATION                        1,176.20
DEBTOR REFUND                                    .00
                     ---------------    ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 00647 JANICE R ROCKETT
```

```
TOTALS                              20,830.00            20,830.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 04/23/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```